# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| ROBERT A. SHARPE, JR., | : | |
| Plaintiff | : | |
| VS. | : | |
| Sheriff ANTHONY HEATH and Captain ANTONY CARTER, | : | NO. 7:10-CV-82 (HL) |
| Defendants | : | **O R D E R** |

Plaintiff **ROBERT ARNOLD SHARPE, JR.**, initially filed this 42 U.S.C. § 1983 action alleging two claims: (1) Captain Anthony Carter denied plaintiff access to a law library; and (2) Sheriff Anthony Heath ignored plaintiff's exonerating evidence. By order dated September 10, 2010, this Court dismissed both of plaintiff's claims. Thereafter, plaintiff filed a motion to reconsider solely the dismissal of his claim relating to law library access. By order dated September 27, 2010, this Court ordered plaintiff to provide specified information regarding this claim. In a letter dated September 29, 2010, plaintiff provided some, but not all, of the information requested by the Court. Lastly, on October 13, 2010, this Court received from a second letter from plaintiff in which he states in relevant part: "[c]oncerning case 7:10-cv-82 ... I am asking the courts to put this one on hold until my state allegations are de[a]lt with. These cases are better de[a]lt with in the free world."

Because plaintiff's latest filing indicates that he does not now wish to challenge this Court's order of dismissal of his claim arising out of an alleged denial of access to the law library, the Court's dismissal of this complaint shall stand.

**SO ORDERED**, this 21st day of OCTOBER, 2010.

            *s/ Hugh Lawson*
            HUGH LAWSON
            UNITED STATES DISTRICT JUDGE

cr